1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

SEP 12 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:18-MJ-00155-SAB

                   Plaintiff,          WRIT OF HABEAS CORPUS AD
12                                     TESTIFICANDUM
              v.
13                                     DATE: September 12, 2018
    MICHAEL L. CROCKER,                TIME: 2:00 p.m.
14                                     COURT: Hon. Stanley A. Boone
                   Defendant.
15

16
       Michael L. Crocker, J.I.D. No. 1585066, an inmate, and a necessary and material witness on his
17
   own behalf in proceedings in this case on September 12, 2018, is confined at the Fresno County Jail, in
18
   the custody of the Warden. In order to secure this inmate's attendance it is necessary that a writ
19
   commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street,
20
   Fresno, California on September 12, 2018, at 2:00 p.m.
21
       ///
22
       ///
23
       ///
24
       ///
25
       ///
26
       ///
27
       ///
28

WRIT OF HABEAS CORPUS AD                      1
TESTIFICANDUM

ACCORDINGLY, IT IS ORDERED that a writ issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court. FURTHER, the Warden has been ordered to notify the court of any change in custody of the inmate and has been ordered to provide the custodian with a copy of the writ.

IT IS SO ORDERED

Dated: 9/12/2018

HON. STANLEY A. BOONE
United States Magistrate Judge

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

2