McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>PATRICK J. WALLACE, and<br>MICHAEL L. CROCKER,<br><br>                    Defendants. | No. 1:18-CR-00212-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 17, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Patrick J. Wallace and Michael L. Crocker in the following property;

    a. Computer Equipment/Laptop, Make: HP, Model: 2000, serial number 5CG3473GCC;

    b. Computer Equipment/Storage Device, Make: SeaGate, Model: FreeAgent GoFlex Desk, serial number NA0KJGRB, portable hard drive with adapter;

    c. Computer Equipment/Storage Device, Make: WD, Model: My Passport Ultra, serial number WXH1E85EWFMZ, portable hard drive;

    d. Computer Euqipment/Storage Device, Make: LFL, Model: N/A, serial number: N/A, USB flash drive, shape of Darth Vader;

e. Computer Equipment/Storage Device, Make: PNY, Model: 16GB USB flash drive;

f. Communication Devices-Portable/Cell Phone, Make: LG, Model: LS675, Serial Number: 603CYHE 1119497;

g. Communication Devices-Portable/Cell Phone, Make: Samsung, Model: SM-J700T1, Serial Number: J700T1 UVU1APD3;

h. Communication Devices-Portable/Cell Phone, Make: Samsung, Model: SMJ327P, Serial Number: HEX 352 618 097 216 55;

i. Communication Devices-Portable/Cell Phone, Make: PNY, Model: 16GB;

j. Communication Devices-Portable/Cell Phone, Make: PNY, Model: 16GB;

k. Computer Equipment/Printer, Make: Epson, Model: WF-2630, Serial Number: UMAY627891;

l. Three bags containing counterfeit making paraphernalia, including printer ink, acrylic paint, pigment, tools, brushes, rollers, markers, scissors, glue, spray cans, food coloring, gloves, sandpaper, razors, solvent, kettle, iron, and paper;

m. Two tables containing counterfeit making images;

n. The value, if any, on First California Bank, Visa Global Cash Card, account number ending in 5604;

o. The value, if any, on Green Dot Bank Visa Card, account number ending in 6912;

p. Miscellaneous rewards cards in defendant's name;

q. Miscellaneous boxes of blank printer paper and various loose sheets of printer paper containing images of U.S. Currency;

r. Pen+Gear expanding file containing counterfeit currency;

s. Bleached genuine $1 Federal Reserve Notes;

t. Bleached genuine $100 Federal Reserve Notes;

u. iFly brand rolling suitcase with miscellaneous items;

| | |
|---|---|
| 1 |     v. REI coop bag containing hiking pack and water bottles; |
| 2 |     w. New Balance shoes, black in color, in box; |
| 3 |     x. JCPenny bag containing Nike Flex and Nike Downshifter shoes, with boxes; |
| 4 |     y. Fragrance Outlet bag containing cologne and lotion merchandise; |
| 5 |     z. Petco bag containing dog accessories; |
| 6 |     aa. Andis MBG-2 Easy Clip groom electric clipper; |
| 7 |     bb. Puma hat with Marshalls with retail tags; |
| 8 |     cc. Casio G-Shock watch; and, |
| 9 |     dd. HP Chromebook 14 laptop; serial number: 5CD8209KYR. |

AND WHEREAS, beginning on September 27, 2019, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Patrick J. Wallace and Michael L. Crocker.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **February 25, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE